# Carter v. The State.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The defendant was indicted, tried and convicted for willfully failing and refusing to work a public road after having been notified to do so. The only question presented for review on the present appeal was the refusal of the trial court to give the general affirmative charge requested by the defendant. It is held that as there was evidence from which the inference of the guilt of the defendant might have been drawn by the jury, the trial court committed no error in refusing to give the general affirmative charge requested by the defendant.—*Pelham v. State*, 89 Ala. 28.

Opinion by HARALSON, J.